UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,                               Case No. 3:23-cr-99

vs.

ALEXANDER WILSON DIAZ-REMACHE,      District Judge Michael J. Newman
*et al.*,

      Defendants.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION TO CONTINUE (Doc. No. 40); (2) FINDING THAT THE NEW SPEEDY TRIAL ACT DEADLINE IS APRIL 22, 2024; (3) VACATING THE MARCH 19, 2024 TRIAL DATE; (4) SETTING TRIAL FOR APRIL 22, 2024 AT 9:30 A.M.; AND (5) REQURIING THE PARTIES TO FILE A JOINT STATUS REPORT BY APRIL 15, 2024**

---

This criminal case is before the Court upon the parties' joint motion to continue trial until April 22, 2024.  Doc. No. 40.  For good cause shown and pursuant to the requirements of the Speedy Trial Act, the Court **GRANTS** the parties' requested continuance.

The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting a continuance and that such continuance outweighs the best interest of the public and defendant in a speedy trial.  Failure to continue would deny both the Government and Defendant the time necessary for effective preparation and the ability to explore all available means of resolving this case.  *See* 18 U.S.C. § 3161(h)(7).

Accounting for the time excluded from the Speedy Trial Act calculation, the new **Speedy Trial Act deadline** in the instant case is **April 22, 2024**.[1]  The Court also **VACATES** the March 19, 2024 trial date and **SETS** trial for **April 22, 2024**.  Finally, the Court **REQUIRES** the parties to file a joint status report by **April 15, 2024**.

       **IT IS SO ORDERED.**

  March 15, 2024                           s/Michael J. Newman
                                              Hon. Michael J. Newman
                                              United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.